IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                          No. CR 10-2072 JB

SALVADOR DE JESUS GUTIERREZ-CASTRO,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the Notice of Intention to Offer Expert Testimony, filed June 21, 2011 (Doc. 43). The Court held a hearing on August 4, 2011. At the hearing, Plaintiff United States of America represented that it did not plan to call Fingerprint Specialist Raymond Miller at trial and that it would withdraw the Notice of Intention. At trial in this matter, the United States did not call Miller to testify. For these reasons, and the reasons stated on the record at the hearing, the Court finds that the Notice of Intention is moot and orders it deemed withdrawn.

**IT IS ORDERED** that the Notice of Intention to Offer Expert Testimony, filed June 21, 2011 (Doc. 43), is moot and deemed withdrawn.

    _____
    UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzales
  United States Attorney
Norman Cairns
Shammara Henderson
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Kenneth A. Gleria
Albuquerque, New Mexico

-- and --

Phillip G. Sapien
Sapien Law, LLC
Albuquerque, New Mexico

    *Attorneys for the Defendant*